■ In the Matter of RUBEN ROWE, Petitioner, v NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, Respondent. [14 NYS3d 722]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Sullivan County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Garry, J.P., Egan Jr., Lynch and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petitioner dismissed.